# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL CONNERS,<br><br>    Petitioner,<br><br>vs.<br><br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No. 2:15-cv-00634-RCJ-GWF<br><br>**ORDER** |

Petitioner has submitted a habeas petition on the 28 U.S.C. § 2254 form (ECF #1). He has not paid the filing fee or submitted an application to proceed *in forma pauperis*.

Petitioner indicates on the face of the petition that he is challenging his federal sentence in case No. 2:11-cr-00304-RCJ-PAL-1 (ECF #1, pp. 1-2). Such challenge must be brought pursuant to 28 U.S.C. § 2255 and must be filed in the underlying criminal case.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL file the petition (ECF #1) in case no. 2:11-cr-00304-RCJ-PAL-1**.

**IT IS FURTHER ORDERED** that the Clerk **SHALL CLOSE** the instant action in accordance with this order.

Dated this 7th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE